**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| CAROLYN BURTON, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. _____ |
| | ) | |
| vs. | ) | Removed from the Circuit Court |
| | ) | of St. Louis City |
| | ) | (Case No. 2522-CC00052) |
| BJC HEALTH SYSTEM, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| BJC BEHAVIORAL HEALTH, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, Defendants BJC Health System and BJC Behavioral Health (collectively, "Defendants") respectfully submit this Notice of Removal for the purpose of removing the above-captioned action from the Circuit Court of St. Louis City, Missouri to the United States District Court for the Eastern District of Missouri based on federal question jurisdiction. In support of this Notice of Removal, Defendants state as follows:

1.      Plaintiff Carolyn Burton ("Plaintiff") commenced the above-captioned action in the Circuit Court of St. Louis City, Missouri on or about January 3, 2025, by filing her Petition in the cause styled *Carolyn Burton v. BJC Health System*, Case No. 2522-CC00052. Plaintiff's Petition contained three claims under the Missouri Human Rights Act.

2.      Plaintiff filed an Amended Petition, styled *Carolyn Burton v. BJC Health System and BJC Behavioral Health*, on February 19, 2025. Plaintiff's Amended Petition contains two claims under 42 U.S.C. § 1981. A complete copy of the state court file is attached hereto and marked **Exhibit A**.

3.      On February 20, 2025, Defendants accepted service of the Amended Petition. Pursuant to 28 U.S.C. § 1446(a), a true and legible copy of "all process, pleadings, documents and orders" served upon Defendants is attached hereto and marked **Exhibit B.**

4.      This Notice of Removal is timely filed within thirty (30) days after Defendants received the Amended Petition through service as required by 28 U.S.C. § 1446(b)(3).

5.      Promptly after removal, copies of this Notice shall also be filed with the Clerk of the Circuit Court of St. Louis City, Missouri and provided to Plaintiff pursuant to § 1446(d). A copy of the Notice to State Court of the Filing of the Notice of Removal is attached hereto and marked **Exhibit C**.  A copy of the Notice to Plaintiff of the Filing of the Notice of Removal is attached hereto and marked **Exhibit D**.

6.      The United States District Court for the Eastern District of Missouri is the federal judicial district embracing the Circuit Court of St. Louis City, Missouri, where this suit was originally filed. 28 U.S.C. §§ 105(a)(1), 1441(a).

## FEDERAL QUESTION JURISDICTION

7.      Removal is proper pursuant to 28 U.S.C. § 1441, as this honorable Court has original jurisdiction over Plaintiff's claims alleging violations of federal law.

8.      District courts have original jurisdiction in cases involving a federal question, which are "civil actions arising under the Constitution, laws, or treaties of the United States." 28 U.S.C. § 1331.

9.      Plaintiff raises two counts in her Amended Petition, both of which allege violations of a federal statute. Specifically, Plaintiff pleads race discrimination and retaliation in violation of 42 U.S.C. § 1981. Therefore, this action is one over which this Court has original jurisdiction under 28 U.S.C. § 1331.

4935-4067-9198, v. 1

10.     As a civil action founded on a claim or right under the laws of the United States, this action is properly removable pursuant to 28 U.S.C. §§ 1441(a). Specifically, Section 1441(a) specifies that "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or defendants to the district court of the United States for the district and division embracing the place where such action is pending."

## CONCLUSION

WHEREFORE, Defendants hereby remove the above-styled action pending against it in the Circuit Court of St. Louis City, Missouri to this Honorable Court.


Dated:  March 21, 2025                                      Respectfully submitted,

                                                           UB GREENSFELDER LLP

                                     By:     /s/ David J. Wasserman
                                           Katie L. Fechte, #67927
                                           David J. Wasserman, #72187
                                           10 S. Broadway, Suite 2000
                                           St. Louis, MO  63102-1747
                                           Telephone:  314/241-9090
                                           Facsimile:  314/241-8624
                                           kfechte@ubglaw.com
                                           dwasserman@ubglaw.com

                                           *Attorneys for Defendants*

3

4935-4067-9198, v. 1

## CERTIFICATE OF SERVICE

I hereby certify that on March 21, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and served same via email on:

Stephen C. Thornberry
Randall W. Brown
Thornberry Brown, LLC
4550 Main Street, Suite 205
Kansas City, MO  64111
steve@ThornberryBrown.com
randy@ThornberryBrown.com

*Attorneys for Plaintiff*

/s/ David J. Wasserman

4